IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Paulding, Quinzola

Printed: 12/28/07

Case Number: 04 B 03759
Judge: Hollis, Pamela S

Filed: 2/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 21, 2007
Confirmed: March 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,680.00 |  |
| Secured: |  | 7,515.42 |
| Unsecured: |  | 3,101.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 699.41 |
| Other Funds: |  | 163.97 |
| Totals: | 13,680.00 | 13,680.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lehman & Fox | Administrative | 2,200.00 | 2,200.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Green Tree Acceptance Inc | Secured | 7,515.42 | 7,515.42 |
| 4. | United Student Aid Funds Inc | Unsecured | 3,101.20 | 3,101.20 |
| 5. | Pioneer Bank & Trust | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,816.62 | $ 12,816.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 71.82 |
| 4% | 54.72 |
| 6.5% | 174.41 |
| 3% | 30.77 |
| 5.5% | 169.29 |
| 5% | 51.30 |
| 4.8% | 82.08 |
| 5.4% | 65.02 |
|  | $ 699.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Paulding, Quinzola

Printed:  12/28/07

Case Number:  04 B 03759
Judge:  Hollis, Pamela S
Filed:  2/2/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

